# Court of Appeals
# of the State of Georgia

ATLANTA, June 05, 2018

*The Court of Appeals hereby passes the following order*

**A18I0181. LESLIE JOSHUA, IN HER REPRESENTATIVE CAPACITY AS EXECUTRIX OF ESTATE OF SHIRLEY JENKINS v. YASHIKA R. JACKSON.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SUCV2016000081



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, June 05, 2018.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.